**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

**Jose Santana,**

                **Plaintiff,**

    **v.**

**Affordable Motors, Inc.; and**
**DOES 1-10, inclusive,**

                **Defendants.**
_____

**Civil Action No.:  3:12-cv-01062-MRK**

## STIPULATION OF DISMISSAL

    **WHEREAS**, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    **WHEREAS**, none of the parties to the above-captioned action is an infant or incompetent person; and

    **WHEREAS**, the parties in the above-captioned action wish to discontinue the litigation;

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Affordable Motors, Inc. and Does 1-10, inclusive, with prejudice and without costs to any party.

2

| Jose Santana | Affordable Motors, Inc. |
|---|---|
| **　/s/ Sergei Lemberg_____** | **__/s/ Donn A. Swift_____** |
| **Sergei Lemberg, Esq. (Juris No. 425027)** | **Donn A. Swift** |
| **LEMBERG & ASSOCIATES** | **Lynch, Traub, Keefe & Errante, P.C.** |
| **1100 Summer Street, 3rd Floor** | **52 Trumbull Street** |
| **Stamford, CT  06905** | **P. O. Box 1612** |
| **(203) 653-2250** | **New Haven, CT  06510** |
| **Attorney for Plaintiff** | **(203) 787-0275** |
|  | **Attorney for Defendant** |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF), which sent notice of such filing to the following:

**Donn A. Swift**
**Lynch, Traub, Keefe & Errante, P.C.**
**52 Trumbull Street**
**P. O. Box 1612**
**New Haven, CT  06510**

                                        By /s/ Sergei Lemberg
                                          Sergei Lemberg